# EXHIBIT A

U.S. Pat. No. 7,028,114

*Universal Serial Bus Hub with Wireless Communication to Remote Peripheral Device*

(12) **United States Patent**   (10) **Patent No.:**     **US 7,028,114 B1**
Milan et al.   (45) **Date of Patent:**     **Apr. 11, 2006**

(54) **UNIVERSAL SERIAL BUS HUB WITH WIRELESS COMMUNICATION TO REMOTE PERIPHERAL DEVICE**

(75) Inventors: **Henry Milan**, 1709 Apple Ridge Ct., Rochester Hills, MI (US) 48306; **Rodney Haas**, Bangkok (TH)

(73) Assignee: **Henry Milan**, Rochester Hills, MI (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 293 days.

(21) Appl. No.: **09/632,466**

(22) Filed: **Aug. 4, 2000**

**Related U.S. Application Data**

(60) Provisional application No. 60/148,442, filed on Aug. 11, 1999.

(51) **Int. Cl.**
 *G06F 13/00*        (2006.01)
(52) **U.S. Cl.** ...................................... **710/100**; 455/226
(58) **Field of Classification Search** ................. 710/62, 710/302, 63, 104, 100, 55; 370/400, 352, 370/421, 468; 455/226
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,870,080 A | | 2/1999 | Burnett et al. |
| 5,890,015 A | * | 3/1999 | Garney et al. ................. 710/62 |
| 6,408,351 B1 | * | 6/2002 | Hamdi et al. .................. 710/63 |
| 6,519,290 B1 | * | 2/2003 | Green ........................ 375/259 |
| 6,778,519 B1 | * | 8/2004 | Harrell et al. .............. 370/342 |
| 2001/0014102 A1 | * | 8/2001 | Mattingly et al. .......... 370/421 |
| 2003/0043771 A1 | * | 3/2003 | Mizutani et al. ............ 370/338 |

* cited by examiner

*Primary Examiner*—Rehana Perveen
*Assistant Examiner*—Kim T. Huynh
(74) *Attorney, Agent, or Firm*—Butzel Long

(57)        **ABSTRACT**

A wireless USB hub for connecting a plurality of remote peripheral devices to a computer for communication therewith without the need to physically connect the peripheral devices to the hub via a cable connection. The wireless USB hub includes a receiver for receiving wireless data transmissions from one or more remote peripheral devices. The wireless USB hub further includes a hub controller for passing appropriate peripheral device information to a USB upstream port and then to a computer.

**10 Claims, 14 Drawing Sheets**





**FIG. 1**
(PRIOR ART)



FIG. 2

Case 8:18-cv-01353-MSS-JSS   Document 1-1   Filed 06/05/18   Page 5 of 21 PageID 14



FIG. 3



FIG. 4a



FIG. 4b



**FIG. 5**



FIG. 6



FIG. 7



**FIG. 8**



**FIG. 9**



**FIG. 10**



**FIG. 11**



**FIG. 12**

190



**FIG. 13**

200



**FIG. 14**

US 7,028,114 B1

**1**

## UNIVERSAL SERIAL BUS HUB WITH WIRELESS COMMUNICATION TO REMOTE PERIPHERAL DEVICE

### RELATED APPLICATION

This application is claiming the benefit, under 35 USC §119(e), of the provisional application filed Aug. 11, 1999 under 35 USC § 111(b), which was granted a serial number of 60/148,442. The provisional application, Ser. No. 60/148, 442, is hereby incorporated by reference in its entirety.

### BACKGROUND OF THE INVENTION

The present invention relates to a wireless data input device and more particularly to a Universal Serial Bus (hereinafter USB) hub having wireless data communication with remote wireless peripheral devices.

A personal computer system comprises a computer, a display such as a CRT or flat panel display, and other peripheral devices communicating with the computer for entering data, printing data or controlling the computer. The peripheral devices require a connection to the computer which will enable them to communicate with the computer. Typically, most peripheral devices communicate with the computer over a connection cable.

Wireless communication between the computer and peripheral devices without a cable connection therebetween is known. Typical wireless systems replace the connection cable with radio frequency signals, ultrasonic signals or infrared light signals to enable the remote peripheral wireless devices to communicate with the computer.

The USB hub provides a convenient central data connection point for attaching multiple peripheral devices to a computer. The hub relays data from the computer to all enabled devices coupled to the data hub, and relays data from the enabled devices to the computer. This data relay is performed without any data storage or significant delay. The USB hub is connected to the computer via a single USB upstream connector. The USB hub also includes a plurality of downstream ports for connecting the peripheral devices to the hub. The USB hub uses a standardized connector at the downstream ports to provide universal connectivity between peripheral devices and the computer. USB hubs currently require peripheral devices to be physically connected to the hub using cable connectors. It is desirable to provide a USB hub with capability to communicate with a plurality of remote wireless peripheral devices without the need to physically connect the peripheral devices to the hub with a cable connection.

### SUMMARY OF THE INVENTION

The invention relates to a wireless USB hub for connecting a plurality of remote wireless peripheral devices to a computer for communication therewith without the need to physically connect the peripheral devices to the hub via a cable connection. The wireless USB hub includes a receiver for receiving wireless data transmissions from at least one remote wireless peripheral device. A signal discriminator determines what peripheral device sent the data and passes the appropriate information to a USB hub controller. The hub controller communicates via a USB transceiver to an upstream port and to the computer via a cable and connector.

**2**

### BRIEF DESCRIPTION OF THE DRAWINGS

The advantages of the invention will become readily apparent to those skilled in the art from the following detailed description of a preferred embodiment when considered in the light of the accompanying drawings, in which:

FIG. **1** is a block diagram of illustrating the use of a conventional universal serial bus;

FIG. **2** is a block diagram of a wireless universal serial bus hub of the present invention;

FIG. **3** is a block diagram of an RF receiver for use in the wireless universal serial bus hub according to the invention;

FIG. **4***a* is a schematic diagram of first portion of the data reception circuit according to the invention;

FIG. **4***b* is a schematic diagram of second portion of the data reception circuit according to the invention;

FIG. **5** is a schematic diagram of the wireless universal serial bus hub according to the invention;

FIG. **6** is a block diagram of an alternate embodiment of the wireless universal serial bus hub according to the invention;

FIG. **7** is a block diagram of a second embodiment of the wireless universal serial bus hub according to the invention;

FIG. **8** is a block diagram of a third embodiment of the wireless universal serial bus hub according to the invention;

FIG. **9** is a block diagram of a third embodiment of the wireless universal serial bus hub according to the invention;

FIG. **10** is a block diagram of an alternate embodiment of the RF receiver for use in the present invention;

FIG. **11** is a block diagram of a second embodiment of the RF receiver for use in the present invention;

FIG. **12** is a block diagram of an RF transmitter for use in the present invention;

FIG. **13** is a block diagram of an alternate embodiment of the RF transmitter for use in the present invention; and

FIG. **14** is a block diagram of a second embodiment of the RF transmitter for use in the present invention.

### DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

It is to be understood that the specific devices and processes illustrated in the attached drawings, and described in the following specification are simply exemplary embodiments of the inventive concepts defined in the appended claims. Hence, specific dimensions and other physical characteristics relating to the embodiments disclosed herein are not to be considered as limiting, unless the claims expressly state otherwise.

Referring to FIG. **1**, a block diagram illustrating the connection of a known USB hub **10** to a computer **12** is shown. The computer **12** has a USB interface which includes a master data hub **14** for receiving data from the USB hub. The master data hub **14** is coupled to the computer **12** via an internal bus **16** which provides a communication path between the master data hub and the computer. The master data hub **14** includes at least one USB connector **18**. The USB hub **10** includes an upstream port **20** having a corresponding USB plug **22** which connects to the USB connector **18** of the master data hub **14**.

The USB hub **10** also includes a plurality of downstream ports **24** having USB connectors **26** to permit multiple peripheral devices **28** to be coupled to the master data hub **14** through the USB hub **10**. Each of the peripheral devices **28** is connected to the USB hub **10** by a connection cable **30** having a USB connector **32** which mates with the USB hub downstream port connectors **26**.

US 7,028,114 B1

3

Referring now to FIG. **2**, a block diagram of a wireless USB hub shown generally at 40 for providing wireless communication to a plurality of peripheral devices is provided. The wireless USB hub **40** includes a hub controller **42** which is known in the art and shall be described in greater detail below.

The wireless USB hub **40** further includes an upstream port **44** similar to the upstream port **20** of the known USB hub. The USB hub **40** includes a USB "A" connector **46** connected to the upstream port **44** by a cable **43** for connecting the USB hub to a master data hub similar to that shown in FIG. **1**. The wireless USB hub **40** also includes a plurality of optional conventional downstream USB ports **45**.

The wireless USB hub **40** also includes three separate data reception circuits **47a**, **47b**, and **47c**. Each data reception circuit **47a–47c** preferably includes a separate radio frequency (RF) receiver **48a**, **48b**, **48c**, forming a separate receiver channel. Each receiver receives RF signals transmitted in a suitable wireless manner from a corresponding remote wireless peripheral device **50**. The RF receivers **48a–48c** are conventional and constructed using standard parts as shall be described in further detail below. Any suitable transmission/reception format may be used including single or multi-channel RF or spread spectrum such as 900 MHZ or 2.4 GHz technology.

A plurality of wireless peripheral devices **50** for communicating with the wireless USB hub are shown, including a wireless keyboard **52**, wireless mouse **54** and wireless joystick **56**. The wireless keyboard **52** includes conventional keyboard electronics **58** and a conventional RF transmitter **60** for transmitting information from the keyboard electronics to the corresponding RF receiver **48a** of the data reception circuit **47a**. The wireless mouse **54** includes conventional mouse electronics **62** and a conventional RF transmitter **64** for transmitting information from the mouse electronics to the corresponding receiver **48b** of the data reception circuit **47b**. The wireless joystick **56** includes conventional joystick electronics **66** and a conventional RF transmitter **68** for transmitting information from the mouse electronics to the corresponding receiver **48c** of the data reception circuit **47c**. Any other suitable known wireless peripheral device may also be used. In the present embodiment, the data from the wireless peripheral devices **50** is transmitted to the USB hub **42** on individual radio frequency channels each of which is received by the corresponding RF receiver **48a–48c**.

Each data reception circuit **47a**, **47b**, and **47c** also preferably includes a separate signal discriminator **70a**, **70b**, and **70c**, each connected to the corresponding receiver **48a**, **48b**, and **48c** for receiving the information sent by the transmitter **60**, **64**, and **68** of the corresponding wireless peripheral device **52**, **54**, **56**. The signal discriminators **70a–70c** are connected to a single serial interface engine **72**, which is preferably included in the hub controller chip **42**, although it may be a separate circuit component.

The receiver **48a–48c** provides the corresponding signal discriminator **70a–70c** with information received from the peripheral device including a ttl serial data packet having a number of data bytes and associated chucksum all of which are standard in this type of data transmission and well known in the art. The signal discriminator **70a–70c** uses a microcontroller which shall be described in further detail below to interrogate the incoming data packet for validity by verifying the proper packet size and checksum per byte. The signal discriminator **70a–70c** then strips the data packet to present only the peripheral device data bytes to the hub controller

4

**42**. The signal discriminator **70a–70c** also passes command codes on to the hub controller firmware.

The hub controller **42** of the present embodiment further includes a serial interface engine **72**, preferably a programmable microcontroller, which is known in the art. The data packet from the signal discriminator **70a–70c** is sent to the appropriate serial interface engine port corresponding to the source of the data. The serial interface engine **72** converts the data into USB compatible information for the specific peripheral device and transmits it via the hub controller **42** to the USB upstream port **44** and to the computer **12** via the cable **43** and connector **46**.

The present embodiment enables a serial interface engine **72** having processing capability to be used. The signal discriminators **70a–70c** will typically process the data before it is introduced to the USB hub controller **42**. This embodiment can process more complex peripheral device data streams providing good flexibility for handling complex peripheral devices.

The data reception circuits **47a–47c** described above are all similar and, only one, **47a** shall be described in further detail. Referring to FIG. **3**, a block diagram of the RF receiver in the data reception circuit **47a** is shown generally as **48a**. The RF receiver **48a** is a conventional DSSS BPSK modulation receiver which is known in the art. The receiver **48a** includes an antenna **80**, a conventional down converter **82** and local oscillator **84**, a low pass filter **86** and demodulator **88**. The down converter is conventional and includes a low noise amplifier **89** and mixer **90**. The spread spectrum RF signals received by the antenna **80** are amplified by the low noise amplifier **89**. The amplified signal is mixed with the local oscillator **84** signal to produce an IF which is filtered by the low pass filter **86**.

The resulting baseband signal is then demodulated by the demodulator which is preferably a Direct Sequence DSSS Baseband Processor **88** in a known manner to provide the peripheral data to the signal discriminator **70a** via the data & clock out signal path. The baseband processor **88** includes a de-spread processor **91**, a pseudo-noise generator **92**, a BPSK demodulator **94**, a numeric controlled oscillator **96**, a differential decoder **98** and a signal control unit **100**. The baseband signal from the low pass filter **86** is de-spread and recovered to a correlated signal. The de-spread processor **91** is controlled by the pseudo-noise generator **92** in a known manner. The BPSK demodulator **94** tracks and removes the carrier frequency offset and outputs the differential encoded signal to the differential decoder **98**. The numeric controlled oscillator **96** provides a tracked carrier frequency for the BPSK demodulator **94**. The differential encoded signal is decoded by the differential decoder **98** to output the data signal and clock signal. The signal control unit **100** is responsible for all the controls inside the baseband processor **88** and the communication with the outside microcontroller **42** through the control interface.

Referring now to FIGS. **4a** and **4b**, schematic representations of the data reception circuit **47a** is shown. The downconverter **82** preferably uses a 2.4 GHz Linear Mixer, such as the MC13143 IC chip made by Motorola, in a known manner to provide the downconverter circuit **82**, although any suitable known circuit may be used. The MC13143 chip is connected in the circuit using the chip pin numbers as shown in the schematic. The local oscillator **84** preferably uses a frequency synthesizer IC chip, such as the U2781B chip from Telefunken Semiconductors of Heilbronn Germany, in a known manner to provide the local oscillator signal to the downconverter, although any suitable known

US 7,028,114 B1

5

circuit may be used. The U2781B chip is connected in the circuit using the chip pin numbers as shown in the schematic.

The resulting baseband signal is then demodulated by the Direct Sequence DSSS Baseband Processor **88** in a known manner. The Direct Sequence DSSS Baseband Processor is preferably an IC chip HFA3824A manufactured by Harris Semiconductor, although any suitable demodulation chip may be used.

The demodulated output is sent to the signal discriminator **70**a described above. A known keyboard controller chip, such as Z86E15 made by Zilog Inc. of Campbell California, is used for the signal discriminator microcontroller. The Z86E15 is connected in the circuit using the chip pin numbers as shown in the schematic. Alternatively, any suitable known general purpose microcontroller with sufficient I/O, speed and ROM may be used to handle the discrimination and routing of the data signals in the known manner described above.

Referring now to FIG. **5**, a schematic diagram of the entire wireless USB hub is shown, including the three data reception circuits **47**a, **47**b, and **47**c described above, and the hub controller **42**. The hub controller **42** is preferably the CY7C65113 hub controller chip made by Cypress Semiconductor Corporation of San Jose Calif. previously used in prior art USB hubs shown in FIG. **1**, although any suitable known hub controller may be used. The data reception circuits **47**a–**47**c are connected to the hub controller using the CY7C65113 chip pin numbers as shown in the schematic. Each data reception circuit **47** provides the data information from the signal discriminator **70** to the hub controller **42** via a data signal path **102**. Each reception circuit **47**a–**47**c further communicates with the hub controller **42** via a clock signal path **104** and an enable signal path **106** to control the data reception circuit in a known manner.

Referring now to FIG. **6**, an alternate embodiment of the wireless USB hub is shown generally at 110. The wireless USB hub **110** is similar to the preferred embodiment **40** described above with similar components using the same reference numerals. The wireless USB hub **110** includes three separate radio frequency (RF) receivers **48**a, **48**b, **48**c, forming three separate receiver channels as described above. However, the wireless USB hub **110** includes a single signal discriminator **112**, receiving the output from all three receivers **48**a–**48**c.

The receivers **48**a–**48**c provide the signal discriminator **112** with a ttl serial data packet including a number of data bytes and associated chucksum all of which are standard in this type of data transmission and well known in the art. The data packet also contains an ID number which indicates which device is transmitting the data. The signal discriminator **112** interrogates the incoming data packet as described above determining which type of peripheral sent the data. The data is translated and routed to the appropriate port on the USB hub controller's serial interface engine **72**. The serial interface engine **72** converts this data into USB compatible information for that specific device.

Referring now to FIG. **7**, a second alternate embodiment of the wireless USB hub is shown generally at 120. This USB hub **120** uses three different RF receivers **48**a, **48**b, **48**c as described above and a USB hub controller **122** having a serial interface engine **124** which has enough speed, memory and ROM space to perform the functions of the signal discriminators **70**a, **70**b, and **70**c described above. This embodiment is generally more cost effective, but may have performance limitations for peripherals that require large amounts of data transfers and long data transmissions.

6

This embodiment is suitable for applications having a single wireless peripheral device such as only a wireless keyboard.

Referring now to FIG. **8**, a third embodiment of the wireless USB hub is shown generally at 130. The wireless USB hub **130** of this embodiment includes a single channel RF receiver **48** and a single signal discriminator **112**. The data from the wireless peripheral devices **52**, **54**, **56** is transmitted to the USB hub **130** on a single radio frequency which is received by the RF receiver **48**. The data contains an ID number which indicates which device is transmitting the data. The data byte also includes a checksum nibble or by used to insure the data byte is valid as described above. The receiver **48** produces a ttl serial data packet including an ID byte for indicating which device is transmitting the data, a number of data bytes and associated chucksum as described above. The ttl serial data packet is sent to the signal discriminator **112** which uses a microcontroller as described to interrogate the incoming data packet for validity by verifying the proper packet size and checksum per byte. The signal discriminator **112** also determines which peripheral device transmitted the data using the ID byte. The signal discriminator **112** then strips the data packet to present only the peripheral device data bytes to the hub controller **42**.

The hub controller **42** includes the serial interface engine **72** as described above. The data packet is sent to the appropriate serial interface engine port (shown as M, K, or J) corresponding to the source of the data. The serial interface engine **72** converts the data into USB compatible information for the specific peripheral device which is then transmitted to the upstream port **44**. A wireless USB hub **130** having a single RF receiver provides the advantage of a simple hardware design.

Referring to FIG. **9**, a third alternate embodiment of the wireless USB hub is shown generally at 140. The wireless USB hub **140** includes a single RF receiver **48**, and a USB hub controller **142** having a serial interface engine **144** which has enough speed, memory and ROM space to perform the functions of the discriminator **112** described above.

Referring to FIG. **10**, an alternate embodiment of the RF receiver **48** described above is shown generally at 150. The RF receiver **150** is similar to the receiver **48**a described above and includes many similar components which are labeled with similar reference numerals. The receiver **150** includes a conventional local oscillator **152** formed from a SAW or crystal in a known manner. The output from the downconverter **82** is provided to a demodulator **154**. The demodulator is conventional and includes a known bandpass filter **156** and a known demodulator including a conventional IF amplifier and a conventional AM or FM demodulator.

Referring now to FIG. **11**, an alternate embodiment of the RF receiver **48** described above is shown generally at 160. The RF receiver **160** is a multichannel receiver which can be used as the RF receiver **48** described above. The receiver **160** includes a conventional down converter **162**, a conventional local oscillator **164** and a conventional demodulator **166**. The local oscillator includes a voltage controlled oscillator and a programmable phase locked loop circuit. The frequency of the local oscillator can be controlled by a microcontroller through the control interface. The multichannel receiver can change its RF channel to avoid the radio interference in a certain channel. In addition, it can be used as a spread spectrum technology, for frequency hopping which is known in the art.

US 7,028,114 B1

7

Referring now to FIG. **12**, a block diagram of an RF transmitter is shown generally at 170. The RF transmitter **170** can be used as the RF transmitter **52**, **64**, and **68** of the respective wireless peripheral device **52**, **54**, **56** described above. The transmitter **170** is a conventional spread spectrum transmitter which is known in the art and includes a conventional pseudo noise encoder **172** having a conventional differential encoder **173** and a conventional pseudo noise generator **174**. The transmitter further includes a conventional BPSK modulator **175**, a conventional local oscillator **176**, an amplifier **178** and an antenna **180**. The data from the peripheral electronics **58**, **62**, **66** is encoded into a differential signal and spread with the signal from the pseudo noise generator **174**. The spread data from the pseudo noise encoder **172** is then modulated into an RF signal which is determined by the local oscillator **176**. The modulated RF signal is finally amplified by the buffer and amplifier **178** to be fed into the antenna **180** for transmission to the RF receiver **48**.

Referring now to FIG. **13**, a block diagram of an alternate embodiment of the RF transmitter **170** described above is shown generally at 190. The RF transmitter **190** is a single channel transmitter having a modulator section **190** including a SAW or crystal based oscillator **194** which is modulated by the data signal from the peripheral electronics **58**, **62**, **66**. The modulated RF signal is amplified by a conventional buffer and amplifier **196** and provided to the antenna **198** for transmission to the receiver **48** described above.

Referring now to FIG. **14**, a block diagram of an alternate embodiment of the RF transmitter **170** described above is shown generally at 200. The RF transmitter **200** is a multi-channel transmitter having a modulation section **202** including a conventional voltage controlled oscillator **204** and a conventional programmable phase locked loop circuit **206**. The RF frequency to be transmitted can be changed by the microcontroller of the peripheral electronics through the control interface. This embodiment of the transmitter provides more flexibility than the single channel transmitter.

In accordance with the provisions of the patent statutes, the present invention has been described in what is considered to represent its preferred embodiment. However, it should be noted that the invention can be practiced otherwise than as specifically illustrated and described without departing from its spirit or scope.

What is claimed is:

**1**. A wireless system for operating a computer having a USB port comprising:

a remote wireless peripheral device having a circuit for generating device information causing associated operations to be performed by the computer and an RF transmitter connected to said circuit for transmitting a wireless signal including said device information, said circuit and said RF transmitter being integral to said peripheral device, said RF transmitter being the sole means for communicating said device information from said peripheral device, wherein said associated operations are not triggered by wireless telephony and said peripheral device not having any USB communication capability, said peripheral device being one of a keyboard, a mouse and a joystick; and

a Universal Serial Bus (USB) hub including an upstream USB port adapted to be connected to the computer, and a hub controller connected between said data reception circuit and said upstream USB port whereby when said upstream USB port is connected to the USB port of the computer and said peripheral device generates said wireless signal to said data reception circuit, said hub

8

controller converts said wireless signal to a USB data signal and passes said USB data signal to said upstream port for causing the associated operations to be performed by the computer.

**2**. The wireless system according to claim **1** wherein said peripheral device is a keyboard and including a mouse having a circuit for generating device information causing associated operations to be performed by the computer and an RF transmitter connected to said circuit for transmitting a wireless signal including said device information, said circuit and said RF transmitter being integral to said mouse, said RF transmitter being the sole means for communicating said device information from said mouse and said mouse not having any USB communication capability, wherein said associated operations are not triggered by wireless telephony and said hub having means to distinguish between said keyboard wireless signal and said mouse wireless signal.

**3**. A wireless system for operating a computer having a USB port comprising:

a remote wireless peripheral device having a circuit for generating device information causing associated operations to be performed by the computer and an RF transmitter connected to said circuit for transmitting a wireless signal including said device information, said circuit and said RF transmitter being integral to said peripheral device, said RF transmitter being the sole means for communicating said device information from said peripheral device, wherein said associated operations are not triggered by wireless telephony and said peripheral device not having any USB communication capability; and

a Universal Serial Bus (USB) hub including an upstream USB port adapted to be connected to the computer, and a hub controller connected between said data reception circuit and said upstream USB port whereby when said upstream USB port is connected to the USB port of the computer and said peripheral device generates said wireless signal to said data reception circuit, said hub controller converts said wireless signal to a USB data signal and passes said USB data signal to said upstream port for causing the associated operations to be performed by the computer.

**4**. The wireless system according to claim **3** wherein said data reception circuit further includes an RF receiver for receiving said wireless signal from said peripheral device.

**5**. The wireless system according to claim **4** wherein said data reception circuit further includes a signal discriminator connected between said RF receiver and said hub controller for receiving said wireless signal from said RF receiver and presenting said device information in said wireless signal to said hub controller.

**6**. The wireless system according to claim **5** wherein said hub controller further includes a serial interface engine connected to said signal discriminator for converting said device information into USB format to form said USB data signal.

**7**. The wireless system according to claim **3** further including at least two additional remote wireless peripheral devices and at least two additional data reception circuits, each of said data reception circuits corresponding to an associated one of said peripheral devices, wherein each of said data reception circuits includes an RF receiver for receiving a unique wireless signal from said associated one of said peripheral devices.

US 7,028,114 B1

**9**

**8**. The wireless system according to claim **3** including at least one conventional downstream USB port in said hub and connected to said hub controller for connection to a USB peripheral device.

**9**. A wireless Universal Serial Bus (USB) hub and remote wireless peripheral devices for communication with a computer having a USB port comprising:

at least two remote wireless peripheral devices each having a circuit for generating device information related to operations performed by said peripheral device and an RF transmitter connected to said circuit for transmitting a wireless signal including said device information, said circuits and said RF transmitters being integral to said peripheral devices, said RF transmitters being the sole means for communicating said device information from said peripheral devices, wherein said associated operations are not triggered by wireless telephony and said peripheral devices not having any USB communication capability, said at

**10**

least two remote peripheral devices including a keyboard and a mouse;

a data reception circuit for receiving said wireless signals from said RF transmitters;

an upstream USB port adapted to be connected to the computer; and

a hub controller connected between said data reception circuit and said upstream USB port whereby when said upstream USB port is connected to the USB port of the computer and said peripheral devices generate said wireless signals to said data reception circuit, said hub controller converts each of said wireless signals to a USB data signal and passes said USB data signal to said upstream port for communication of said device information to the computer for controlling operations of the computer.

**10**. The wireless system according to claim **3** wherein said RF receiver is a DSSS BPSK modulation receiver.

\*   \*   \*   \*   \*