# EXHIBIT B

Preliminary Claim Chart

U.S. Pat. No. 7,028,114 vs. Defendant's Accused Products

Preliminary Claim Chart
U.S. Patent No. 7,028,114
Inland 2.4Ghz Wireless Keyboard and Mouse Combo Set
Claims 1, 2, 3, 4, 5, 6, and 9

**PRELIMINARY CLAIM CHART**

| *Claim Language* | *Accused Product* |
|---|---|
| 1. A wireless system for operating a computer having a USB port comprising: | The OfficeTec Wireless Keyboard and Mouse Combo ("OfficeTec wireless keyboard and mouse") is a wireless system for operating a computer having a USB Port.<br><br>https://deerbrookelectronics.com/products/kb101 |

1



Preliminary Claim Chart  
U.S. Patent No. 7,028,114  
Inland 2.4Ghz Wireless Keyboard and Mouse Combo Set  
Claims 1, 2, 3, 4, 5, 6, and 9

**PRELIMINARY CLAIM CHART**

| *Claim Language* | *Accused Product* |
|---|---|
| a remote wireless peripheral device having a circuit for generating device information causing associated operations to be performed by the computer and an RF transmitter connected to said circuit for transmitting a wireless signal including said device information, said circuit and said RF transmitter being integral to said peripheral device, said RF transmitter being the sole means for communicating said device information from said peripheral device, wherein said associated operations are not triggered by wireless telephony and said peripheral device not having any USB communication capability, said peripheral device being one of a keyboard, a mouse and a joystick; and | The OfficeTec wireless keyboard is a remote wireless peripheral device.<br><br>https://deerbrookelectronics.com/products/kb101<br><br>The OfficeTec wireless keyboard has a circuit for generating device information and causing associated operations to be performed by the computer.<br><br>The OfficeTec wireless keyboard has an RF transmitter connected to said circuit for transmitting a wireless signal including said device information.  The OfficeTec wireless keyboard communicates with the USB nano-receiver through a 2.4 GHz RF transmitter.  *See* https://deerbrookelectronics.com/products/kb101 ("Reliable 2.4 GHz wireless connection").<br><br>The circuits for generating device information and the RF transmitters are integral to the OfficeTec wireless keyboard.<br><br>The OfficeTec wireless keyboard is wireless, therefore the USB nano-receiver is the sole means for communicating information about the keyboard to the computer.  The OfficeTec wireless keyboard does not have any USB communication capability.  *See* https://deerbrookelectronics.com/products/kb101.<br><br>The OfficeTec wireless keyboard communicates with RF frequencies, not wireless telephony. .  *See* https://deerbrookelectronics.com/products/kb101 ("Reliable 2.4 GHz wireless connection"). |
| a Universal Serial Bus (USB) hub including an upstream USB port adapted to be connected to the computer, and a hub controller connected between said data reception circuit and said upstream USB port whereby when said upstream USB port is connected to the USB port of the computer and said peripheral device generates said wireless signal to said data reception circuit, said hub controller | The OfficeTec wireless keyboard includes a Universal Serial Bus (USB) hub including an upstream USB port adapted to be connected to the computer.  The USB nano-receiver is a USB hub adapted to be connected to the USB port of a computer.  *See* https://deerbrookelectronics.com/products/kb101 ("Single tiny USB nano-receiver . . . connects . . . the full-size keyboard . . . with one USB port."). |

2



Preliminary Claim Chart
U.S. Patent No. 7,028,114
Inland 2.4Ghz Wireless Keyboard and Mouse Combo Set
Claims 1, 2, 3, 4, 5, 6, and 9

**PRELIMINARY CLAIM CHART**

| *Claim Language* | *Accused Product* |
|---|---|
| converts said wireless signal to a USB data signal and passes said USB data signal to said upstream port for causing the associated operations to be performed by the computer. | The USB nano-receiver includes a hub controller connected between said data reception circuit and said upstream USB port, whereby when said upstream USB port is connected to the USB port of the computer and said peripheral device generates said wireless signal to said data reception circuit, said hub controller converts said wireless signal to a USB data signal and passes said USB data signal to said upstream port for causing the associated operations to be performed by the computer.  *See* https://deerbrookelectronics.com/products/kb101 (noting keyboard's "[n]ine hot keys + Twelve F1-F12 keys: Instantly access your movies, music, the Internet, e-mail, volume, play/pause and more"). |
| 2. The wireless system according to claim 1 wherein said peripheral device is a keyboard and including a mouse having a circuit for generating device information causing associated operations to be performed by the computer and an RF transmitter connected to said circuit for transmitting a wireless signal including said device information, said circuit and said RF transmitter being integral to said mouse, said RF transmitter being the sole means for communicating said device information from said mouse and said mouse not having any USB communication capability, wherein said associated operations are not triggered by wireless telephony and said hub having means to distinguish between said keyboard wireless signal and said mouse wireless signal. | The OfficeTec wireless keyboard and mouse includes both a keyboard and a mouse.<br><br>https://deerbrookelectronics.com/products/kb101<br><br>The OfficeTec wireless mouse includes a circuit for generating device information causing associated operations to be performed by the computer.  The OfficeTec wireless mouse is installed by connecting the USB nano-receiver to an available USB port on the computer.  https://deerbrookelectronics.com/products/kb101.<br><br>The OfficeTec wireless mouse has a circuit for generating device information and causing associated operations to be performed by the computer.  The OfficeTec wireless mouse is paired with the USB nano-receiver.<br><br>The OfficeTec wireless mouse has an RF transmitter connected to said circuit for transmitting a wireless signal including said device information.  The OfficeTec wireless mouse communicates with the USB nano-receiver through a 2.4 GHz RF transmitter.  *See* https://deerbrookelectronics.com/products/kb101 ("Reliable 2.4 GHz wireless connection").<br><br>The circuit for generating device information and the RF transmitter are integral to the OfficeTec wireless mouse. |

3



Preliminary Claim Chart
U.S. Patent No. 7,028,114
Inland 2.4Ghz Wireless Keyboard and Mouse Combo Set
Claims 1, 2, 3, 4, 5, 6, and 9

**PRELIMINARY CLAIM CHART**

| *Claim Language* | *Accused Product* |
|---|---|
|  | The OfficeTec wireless mouse is wireless, therefore the USB nano-receiver is the sole means for communicating information about the mouse to the computer. The OfficeTec wireless mouse communicates with RF frequencies, not wireless telephony. The OfficeTec wireless mouse is wireless, and therefore does not have any USB communication capability. |
| 3. A wireless system for operating a computer having a USB port comprising: | The OfficeTec wireless keyboard and mouse is a wireless system for operating a computer having a USB Port.<br><br>*See* https://deerbrookelectronics.com/products/kb101. |

4



Preliminary Claim Chart
U.S. Patent No. 7,028,114
Inland 2.4Ghz Wireless Keyboard and Mouse Combo Set
Claims 1, 2, 3, 4, 5, 6, and 9

**PRELIMINARY CLAIM CHART**

| *Claim Language* | *Accused Product* |
|---|---|
| a remote wireless peripheral device having a circuit for generating device information causing associated operations to be performed by the computer and an RF transmitter connected to said circuit for transmitting a wireless signal including said device information, said circuit and said RF transmitter being integral to said peripheral device, said RF transmitter being the sole means for communicating said device information from said peripheral device, wherein said associated operations are not triggered by wireless telephony and said peripheral device not having any USB communication capability; and | The OfficeTec wireless keyboard and wireless mouse are remote wireless peripheral devices.<br><br><br><br>*See* https://deerbrookelectronics.com/products/kb101.<br><br>The OfficeTec wireless keyboard and mouse each have a circuit for generating device information and causing associated operations to be performed by the computer.  The OfficeTec wireless keyboard and wireless mouse are installed by connecting the USB nano-receiver to an available USB port on the computer.  *See* https://deerbrookelectronics.com/products/kb101 ("Single tiny USB nao-receiver . . . connects both the full-size keyboard and mouse with one USB port.").<br><br>The OfficeTec wireless keyboard and wireless mouse each have an RF transmitter connected to said circuit for transmitting a wireless signal including said device information.  The OfficeTec wireless keyboard and wireless mouse each communicate with the USB nano-receiver through a 2.4 GHz RF transmitter.  *See See* https://deerbrookelectronics.com/products/kb101 ("Reliable 2.4 GHz wireless connection").<br><br>The circuits for generating device information and the RF transmitters are integral to the OfficeTec wireless keyboard and mouse.<br><br>The OfficeTec wireless keyboard and mouse are wireless, therefore the USB nano-receiver is the sole means for communicating information about the keyboard and/or mouse to the computer.  The OfficeTec wireless keyboard and mouse are wireless, and therefore do not have any USB communication capability.  The OfficeTec wireless keyboard and mouse communicate with RF frequencies, not wireless telephony. |

5



Preliminary Claim Chart
U.S. Patent No. 7,028,114
Inland 2.4Ghz Wireless Keyboard and Mouse Combo Set
Claims 1, 2, 3, 4, 5, 6, and 9

**PRELIMINARY CLAIM CHART**

| *Claim Language* | *Accused Product* |
|---|---|
| a Universal Serial Bus (USB) hub including an upstream USB port adapted to be connected to the computer, and a hub controller connected between said data reception circuit and said upstream USB port whereby when said upstream USB port is connected to the USB port of the computer and said peripheral device generates said wireless signal to said data reception circuit, said hub controller converts said wireless signal to a USB data signal and passes said USB data signal to said upstream port for causing the associated operations to be performed by the computer. | The USB nano-receiver includes a Universal Serial Bus (USB) hub including an upstream USB port adapted to be connected to the computer. *See* https://deerbrookelectronics.com/products/kb101.<br><br>The USB nano-receiver includes a hub controller connected between said data reception circuit and said upstream USB port, whereby when said upstream USB port is connected to the USB port of the computer and said peripheral device generates said wireless signal to said data reception circuit, said hub controller converts said wireless signal to a USB data signal and passes said USB data signal to said upstream port for causing the associated operations to be performed by the computer. |
| 4. The wireless system according to claim 3 wherein said data reception circuit further includes an RF receiver for receiving said wireless signal from said peripheral device. | The data reception circuit of the USB nano-receiver further includes an RF receiver for receiving a wireless signal from the OfficeTec wireless keyboard and/or mouse. The OfficeTec wireless keyboard and mouse each have an RF transmitter connected to said circuit for transmitting a wireless signal including said device information. The OfficeTec wireless keyboard and mouse communicate with the USB nano-receiver through a 2.4 GHz RF transmitter. *See* https://deerbrookelectronics.com/products/kb101 ("Reliable 2.4 GHz wireless connection: Single tiny USB nano-receiver . . . connects both the full-size keyboard and mouse with one USB port"). |
| 5. The wireless system according to claim 4 wherein said data reception circuit further includes a signal discriminator connected between said RF receiver and said hub controller for receiving said wireless signal from said RF receiver and presenting said device information in said wireless signal to said hub controller. | The data reception circuit of the USB nano-receiver further includes a signal discriminator connected between said RF receiver and said hub controller for receiving said wireless signal from said RF receiver and presenting said device information in said wireless signal to said hub controller. The signal discriminator of the USB nano-receiver receives RF signals from the OfficeTec wireless keyboard and mouse, but presents that information to the computer through the USB of the USB nano-receiver. The OfficeTec wireless mouse and keyboard are installed by inserting the USB nano-receiver in the computer's USB port. *See* https://deerbrookelectronics.com/products/kb101. |

6



Preliminary Claim Chart
U.S. Patent No. 7,028,114
Inland 2.4Ghz Wireless Keyboard and Mouse Combo Set
Claims 1, 2, 3, 4, 5, 6, and 9

**PRELIMINARY CLAIM CHART**

| *Claim Language* | *Accused Product* |
|---|---|
| 6. The wireless system according to claim 5 wherein said hub controller further includes a serial interface engine connected to said signal discriminator for converting said device information into USB format to form said USB data signal. | The hub controller of the USB nano-receiver includes a serial interface engine connected to said signal discriminator for converting said device information into USB format to form said USB data signal. The serial interface engine on the USB nano-receiver receives RF signals from the OfficeTec wireless keyboard and mouse and communicates those signals to the computer through the USB port of the USB nano-receiver. |
| 9. A wireless Universal Serial Bus (USB) hub and remote wireless peripheral devices for communication with a computer having a USB port comprising: | The USB nano-receiver is a wireless USB hub. The OfficeTec wireless keybaord and mouse are remote peripheral devices for communication with a computer having a USB port. |

7



Preliminary Claim Chart
U.S. Patent No. 7,028,114
Inland 2.4Ghz Wireless Keyboard and Mouse Combo Set
Claims 1, 2, 3, 4, 5, 6, and 9

**PRELIMINARY CLAIM CHART**

| Claim Language | Accused Product |
|---|---|
| at least two remote wireless peripheral devices each having a circuit for generating device information related to operations performed by said peripheral device and an RF transmitter connected to said circuit for transmitting a wireless signal including said device information, said circuits and said RF transmitters being integral to said peripheral devices, said RF transmitters being the sole means for communicating said device information from said peripheral devices, wherein said associated operations are not triggered by wireless telephony and said peripheral devices not having any USB communication capability, said at least two remote peripheral devices including a keyboard and a mouse; | The OfficeTec wireless keyboard and mouse are at least two remote peripheral devices, including a keyboard and mouse.<br><br><br><br>*See* https://deerbrookelectronics.com/products/kb101.<br><br>The OfficeTec wireless keyboard and mouse each have a circuit for generating device information related to operations performed by said peripheral device.<br><br>The OfficeTec wireless keyboard and mouse each have an RF transmitter connected to said circuit for transmitting a wireless signal including said device information. The OfficeTec wireless keyboard and mouse communicate with the USB nano-receiver through a 2.4 GHz RF transmitter. *See* https://deerbrookelectronics.com/products/kb101 ("Reliable 2.4 GHz wireless connection").<br><br>The circuits for generating device information and the RF transmitters are integral to the OfficeTec wireless keyboard and mouse.<br><br>The OfficeTec wireless keyboard and mouse are wireless and said RF transmitters are the sole means for communicating said device information from said devices.<br><br>The OfficeTec wireless keyboard and mouse are wireless, therefore the USB nano-receiver is the sole means for communicating information about the keyboard and/or mouse to the computer. The OfficeTec wireless keyboard and mouse are wireless, and therefore do not have any USB communication capability. The OfficeTec wireless keyboard and mouse communicate with RF frequencies, not wireless telephony. |



Preliminary Claim Chart  
U.S. Patent No. 7,028,114  
Inland 2.4Ghz Wireless Keyboard and Mouse Combo Set  
Claims 1, 2, 3, 4, 5, 6, and 9

**PRELIMINARY CLAIM CHART**

| *Claim Language* | *Accused Product* |
|---|---|
| a data reception circuit for receiving said wireless signals from said RF transmitters; | The USB nano-receiver includes a data reception circuit for receiving wireless signals from the RF transmitters in the OfficeTec wireless keyboard and mouse.  The OfficeTec wireless keyboard and mouse communicate with the USB nano-receiver through a 2.4 GHz RF transmitter.  *See* https://deerbrookelectronics.com/products/kb101 ("Reliable 2.4 GHz wireless connection").  The RF signal is received by the USB nano-receiver. |
| an upstream USB port adapted to be connected to the computer; and | The USB nano-receiver has an upstream USB port adapted to be connected to the computer. |
| a hub controller connected between said data reception circuit and said upstream USB port whereby when said upstream USB port is connected to the USB port of the computer and said peripheral devices generate said wireless signals to said data reception circuit, said hub controller converts each of said wireless signals to a USB data signal and passes said USB data signal to said upstream port for communication of said device information to the computer for controlling operations of the computer. | The USB nano-receiver includes a hub controller connected between said data reception circuit and said upstream USB port, whereby when said upstream USB port is connected to the USB port of the computer and said peripheral devices generate said wireless signals to said data reception circuit, said hub controller converts each of said wireless signals to a USB data signal and passes said USB data signal to said upstream port for communication of said device information to the computer for controlling operations of the computer.  *See* https://deerbrookelectronics.com/products/kb101 (noting keyboard's "[n]ine hot keys + Twelve F1-F12 keys: Instantly access your movies, music, the Internet, e-mail, volume, play/pause and more"). |

9

