IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNIVERSAL TRANSDATA, LLC,

    Plaintiff,

v.   CASE NO.: 8-18-cv-1353-T-35JSS

DEERBROOK ELECTRONICS, LLC,

    Defendant.

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

_____   IS   related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____
_____

  X    IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

This 25th day of June, 2018.

        Respectfully submitted,

        AUSLEY MCMULLEN

        /s/Martin B. Sipple
        Martin B. Sipple
        Florida Bar No. 0135399
        Telephone: (850) 425-5315
        Email: msipple@ausley.com
        AUSLEY MCMULLEN
        123 South Calhoun Street
        Tallahassee, Florida 32301

        -and-

        Daniel A. Kent
          dankent@kentrisley.com
          Tel:  (404) 585-4214
          Fax:  (404) 829-2412
        Stephen R. Risley
          steverisley@kentrisley.com
          Tel:  (404) 585-2101
          Fax:  (404) 389-9402
        KENT & RISLEY LLC
        5755 N Point Pkwy Ste. 57
        Alpharetta, GA 30022

        Attorneys for Plaintiff